United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, STATE OF NEW JERSEY, et al.,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DR. MEHMET OZ, in his official capacity as Administrator for the CENTERS FOR MEDICARE AND MEDICAID SERVICES; and CENTERS FOR MEDICARE AND MEDICAID SERVICES,

Defendants.

Case No. 26-cv-07991-TLT

**ORDER GRANTING JOINT MOTION TO ENTER BRIEFING SCHEDULE; FOR RELIEF FROM ADR REFERRAL; AND TO MODIFY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED**

Re: Dkt. No. 67

On October 1, 2026, the Parties jointly filed the instant Motion to Enter Briefing Schedule; for Relief from ADR Referral; and to Modify Order Setting Initial Case Management Conference. ECF 67. Having reviewed the Motion, the records, and the relevant authorities, the Court GRANTS the MOTION AS MODIFIED as follows:

1. This case is no longer referred to alternative dispute resolution. The deadline for filing ADR Certification set forth in the Order Setting Initial Case Management Conference, ECF 10, is rescinded.
2. The Initial Case Management Conference scheduled for November 5, 2026, at 2:00 p.m., is VACATED, and the Parties need not make initial disclosures.
3. Notwithstanding the vacatur of the Initial Case Management Conference, the Parties shall file a joint case management statement by October 29, 2026, addressing the items

required by the Standing Order for all Judges of the Northern District of California. *See* Standing Order for all Judges of the Northern District of California; Judge Trina Thompson's Civil Standing Order ¶ 12. In addition, the parties shall identify all related federal cases, the name of the case, procedural posture of the case, and the upcoming hearing scheduled in each matter. *See,* ECF 67 ¶ 2.

4. The following filing and briefing deadlines are imposed:
    a. Defendants shall certify and produce the Administrative Record by October 1, 2026;
    b. Plaintiffs shall move for summary judgment by November 18, 2026;
    c. Defendants shall oppose and cross-move for summary judgment by December 21, 2026;
    d. Plaintiffs shall reply and cross-oppose by January 21, 2027;
    e. Defendants shall reply by February 22, 2027; and
    f. Defendants shall answer Plaintiffs' Complaint by no later than 60 days following the entry of an order resolving the Parties' cross-motions for summary judgment, if the case remains pending.

IT IS SO ORDERED.

Dated: October 19, 2026

TRINA L. THOMPSON
United States District Judge

*Declaratory and Injunctive Relief*
*APA vacatur requested*
*Plan Year 2028*
7/31/29